IN THE UNITED STSES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **JEFFERY S. NICHOLS,** )<br>)<br>Plaintiff, )<br>)<br>)<br>V. )<br>)<br>)<br>)<br>**WILLIAM B. LEE,** Governor of the State of )<br>Tennessee; **DAVID B. RUASCH,** Director of )<br>the Tennessee Bureau of Investigation; and )<br>**FRANK STRADA,** Commissioner of the )<br>Tennessee Department of Correction, in their )<br>official capacities. )<br>)<br>Defendants. ) | Case #: 03:22-cv-01004<br>Judge Trauger/Frensley<br>Jury Demand<br><br>RECEIVED<br>MAR 2 8 2024<br>U.S. District Court<br>Middle District of TN |

## MOTION TO ADMINISTRATIVELY STAY THIS CASE
## PENDING RULING IN SIXTH CIRCUIT APPEAL

The Plaintiff respectfully moves the Court to suspend discovery and deadlines, and administratively stay this case, with an exception to the Motion for Partial Summary Judgment, until after the Sixth Circuit rules on the merits of a pending appeal that the Plaintiff believes will directly impact this litigation. "[T]he power to stay proceedings is incidental to the power inherent

1

in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

Specifically, Plaintiff's claim B challenges the constitutionality of Tennessee's Sexual and Violent Sexual Offender Registration, Verification, and Tracking Act of 2004 ("the Act"), Tenn. Code Ann §§ 40-39-201 to -218, (#20(B)¶13-52), and claim J challenges the constitutionality of the cumulative effect of the Sexual Offender Registry combined with Community Supervision for Life. Tenn. Code Ann. §§40-39-201 to -218 and Tenn. Code Ann. §39-13-524, (#20 (J)¶13-149).

On March 24, 2023, Defendants filed a notice of appeal in another sexual offender registration case involving the same or substantially similar legal issues. *See* Notice, *Does #1-9 v. Lee*, 3:21-cv-590 (M.D. Tenn.), ECF No. 138, *appeal filed* No. 23-5248 (6th Cir.). Oral arguments for this appeal took place on December 7, 2023. In light of the impact that the Sixth Circuit's future ruling in *Does #1-9* may have on the litigation and analysis in this case, the Plaintiff believes that it would be the most efficient use of party and judicial resources to stay this case pending the Sixth Circuit's ruling.

The reason for the exception to proceed with the Motion for Partial Summary Judgment is because it only addresses Claim F dealing with Tennessee's Community Supervision for Life, which in this claim is a totally separate issue from that of the Sexual Offender Registry. Hence, the Sixth Circuit ruling would not impact this Motion.

Should the Court find it beneficial, the Plaintiff can provide updates to the Court every 90 days, or as the Court directs, for the purpose of informing the Court of the status of the *Does #1-9* appeal. And, within 30 days of the Sixth Circuit's mandate in *Does #1-9*, the Plaintiff will file an update with the Court informing it of Sixth Circuit's decision.

Thus, the Plaintiff respectfully requests that the Court grant this motion and administratively stay of this case.

Respectfully submitted this the 26th day of March 2024.

By _____

**Jeffery S. Nichols**, Pro Se,
985 Murfreesboro Pike, Apt. B24
Nashville, TN. 38217
(615) 947-0581
tennesseelegalbeagle@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the forgoing document was sent, via Email and U.S. mail, postage prepaid, to the below Attorneys for Defendants in this action on this the 26th day of March 2024.

**Cody N. Brandon**
Assistant Attorney General
Office of the Attorney General and Reporter
500 Dr. Martin Luther King Jr. Blvd.
Nashville, TN. 37202
(615) 532-7400
Cody.brandon@ag.tn.gov

**David Lester Wickenheiser**
Office of Tennessee Attorney General
500 Dr. Martin Luther King Jr. Blvd.
Nashville, TN. 37202
(615) 532-7277
David.wickenheiser@ag.tn.gov

_____
Jeffery S. Nichols, Pro Se

