March 26, 2024

Court Clerk,
U.S. District Court
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, TN. 37203

RECEIVED
MAR 28 2024
U.S. District Court
Middle District of TN

RE: Jeffery S. Nichols v. William Lee, et al; Case Number 3:22-cv-01004

Dear Court Clerk,

I respectfully enclosed the below to be filed in the above styled case:

1. Motion to Stay this Case
2. Motion for a Partial Summary Judgement
   (a) Memorandum of Law in Support of the Motion
   (b) Declaration in Support of the Motion
   (c) Undisputed Material Facts in support of the Motion
   (d) Exhibit 1
   (e) Exhibit 2
   (f) Exhibit 3
   (g) Exhibit 4
   (h) Exhibit 5
   (i) Exhibit 6

Thank you,

Jeffery S. Nichols, Pro se,
985 Murfreesboro Pike, Apt. B24
Nashville, TN 37217
(615) 947-0581

