IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **JEFFERY S. NICHOLS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:22-cv-01004 |
| | ) | |
| **WILLIAM B. LEE, Governor of the State** | ) | **District Judge Trauger** |
| **of Tennessee; DAVID B. RAUSCH,** | ) | |
| **Director of the Tennessee Bureau of** | ) | **Magistrate Judge Frensley** |
| **Investigation; and FRANK STRADA,** | ) | |
| **Commissioner of the Tennessee Department** | ) | |
| **of Correction, in their official capacities,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MOTION TO STAY

Defendants, William B. Lee, Governor of the State of Tennessee, David B. Rausch, Director of the Tennessee Bureau of Investigation (TBI), and Frank Strada, Commissioner of the Tennessee Department of Correction (TDOC), request that the Court stay proceedings pending a decision by the Sixth Circuit in *Does #1-9 v. Lee*, 3:21-cv-590 (M.D. Tenn.), ECF No. 138 *appeal filed* No. 23-5248 (6th Cir.). As set out in the accompanying memorandum of law, a complete stay of the case would promote judicial economy and efficiency, would prevent prejudice to Defendants, and would not prejudice Plaintiff. For those reasons, Defendants ask the Court stay proceedings and administratively close the entire case pending the Sixth Circuit's decision in *Does #1-9*. In the alternative, should the Court deny a stay of all proceedings, Defendants ask for an

extension of time of 14 days from the date of the Court's order denying the stay to respond to Plaintiff's Motion for Partial Summary Judgment.

    Respectfully submitted,

    JONATHAN SKRMETTI
    Attorney General and Reporter

    /s/ *David Wickenheiser*
    DAVID WICKENHEISER (040427)
    DAVEY DOUGLAS (032076)
    Assistant Attorney General
    Law Enforcement and Special
    Prosecutions Division
    Office of the Tennessee
    Attorney General and Reporter
    P.O. Box 20207
    Nashville, Tennessee 37202-0207
    (615) 532-7277
    David.Wickenheiser@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed using the Court's electronic filing system and served by Federal Express to:

Jeffery S. Nichols
985 Murfreesboro Pike, Unit B24
Nashville, TN 37217

On this the 10th day of April, 2024.

    /s/ *David Wickenheiser*
    DAVID WICKENHEISER