IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

RECEIVED
APR 2 2 2024
U.S. District Court
Middle District of TN

JEFFERY S. NICHOLS,

    Plaintiff,

V.

WILLIAM B. LEE, Governor of the State of Tennessee; **DAVID B. RUASCH,** Director of the Tennessee Bureau of Investigation; and **FRANK STRADA,** Commissioner of the Tennessee Department of Correction, in their official capacities.

    Defendants.

Case #: 03:22-cv-01004
Judge Trauger/Frensley
Jury Demand

## PLAINTIFF'S RESPONSE
## TO DEFENDANT'S MOTION TO STAY

The Plaintiff, Jeffery S. Nichols, Pro se, respectfully submits this Response to Defendant's Motion to Stay. The Plaintiff **supports** said Motion, except for the reasons stated in his own Motion for Stay. Specifically, that Plaintiff be allowed to proceed with the Motion for Summary Judgement on the issue of CSL.

Date: April 17, 2024

Submitted by,

_/s/ Jeffery S. Nichols_

Jeffery S. Nichols, Pro Se,
985 Murfreesboro Pike, Apt. B24
Nashville, TN. 37217
(615) 947-0581
tennesseelegalbeagle@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the forgoing document was sent, via Email and U.S. mail, postage prepaid, to the below Attorneys for Defendants in this action on this the 17th day of April 2024.

**Cody N. Brandon,**
**David Lester Wickenheiser, and**
**Davey Douglas**
Assistant Attorney Generals
Law Enforcement and Special
Prosecutions Division
Office of the Attorney General and Reporter
P. O. Box 20207
Nashville, TN. 37202-0207
(615) 532-7400/(615) 532-7277
Cody.brandon@ag.tn.gov
David.wickenheiser@ag.tn.gov

_/s/ Jeffery S. Nichols_

**Jeffery S. Nichols,** Pro Se
985 Murfreesboro Pike, Apt. B24
Nashville, TN. 37217
(615) 947-0581
tennesseelegalbeagle@gmail.com

**Jeffery S. Nichols**
985 Murfreesboro Pike, Unit B24
Nashville, TN. 37217

CERTIFIED MAIL

9589 0710 5270 0305 9669 71

RECEIVED
APR 22 2024
U.S. District Court
Middle District of TN

**Clerk, U.S. District Court**
Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, TN. 37203

U.S. POSTAGE PAID
FCM LETTER
NASHVILLE, TN 37217
APR 17, 2024
$5.32
R2305K133957-7

37203
RDC 99